**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOEL C. ADAMS,

    Plaintiff,

vs.                                         CASE NO.: 3:07cv310/MCR/EMT

VULCAN ENERGY SOLUTIONS,
LLC, et al.,

    Defendants.
_____/

**O R D E R**

    This matter originated in the Circuit Court in and for Escambia County, Florida, and was removed to this court July 24, 2007. Plaintiff's motion for summary judgment has been denied and this matter is set for trial August 18, 2008. Counsel for the defense has now filed motions to withdraw from representation in this case. Counsel John Boudet moves to withdraw indicating he is no longer associated with the law firm of Greenberg Traurig, LLP, and his current firm has not been retained by defendants to represent them in this action. (See doc. 67). Mr. Boudet does not, however, indicate when his association with Greenberg Traurig, LLP, terminated. Michele Johnson and the law firm of Greenberg Traurig, P.A., also move to withdraw due to defendants' failure to fulfill their obligation to pay attorneys' fees and costs as agreed. (See doc. 70). Ms. Johnson suggests numerous attempts have been made since December 2007 to resolve the issue of unpaid invoices to defendant, some of which have been outstanding since August 2007.

    This case docket reflects that plaintiff's motion for summary judgment was filed December 21, 2007, and defendants' responded January 18, 2008. There has been no record activity of any nature on behalf of defendants since that response date suggesting that defense counsel had any issue with continued representation in this case. The court

issued an order on March 11, 2008, continuing the trial of the case to the August trial docket. (Doc. 55). Defense counsel did not advise the court at that time of any issues regarding continued representation.[1] On July 9, 2008, the court issued its order setting pretrial conference. (Doc. 64). Again, defense counsel did not take any action to advise the court of issues regarding representation at trial. Instead, counsel waited approximately three (3) weeks prior to the scheduled trial to request leave to withdraw citing non-payment of fees as the primary basis for same. The local rules of this court specifically provide that "[f]ailure to pay attorneys' fees shall not be a reason for seeking leave to withdraw if the withdrawal of counsel is likely to cause a continuance of a scheduled trial, hearing or other court proceeding. " (See N.D. Fla. Loc. R. 11.1(F)(2)). Counsel's motions shall therefore be denied. Further, the court directs the parties' attention to the order entered July 23, 2008, and awaits their timely response.[2] Accordingly, it is

ORDERED defense counsel's motions for leave to withdraw (doc. 67, 70) are DENIED.

DONE and ORDERED this 25th day of July, 2008.

                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**

---

[1] The order did advise that any party with a conflict with the new trial period may file a notice for the court's consideration. Though the new trial date may not have presented a conflict, certainly the opportunity was present as early as March 2008 for defense counsel to advise the court of any conflict regarding continued representation.

[2] The court notes its order contains a scrivener's error with regard to the trial docket date. The actual docket date is August 18, 2008.

Case No.: 3:07cv310/MCR/EMT